ELEANOR W. PAGET, Respondent, v. PORTMAN A. PAGET, Appellant.—

814

Concur —— Stevens, P. J., Capozzoli, Markewich, Tilzer and Eager, JJ.